JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colton Bryant, | Case No. **CV 20-3569-JFW(RAOx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Fernando H. Gutierrez, et al., | |
| Defendant. | |

Upon review of the court files, Plaintiff Colton Bryant's First Amended Motion for Default Judgment by the Court ("Motion"), and the declarations submitted in support of the Motion, it is hereby ordered and adjudged that:

Plaintiff Colton Bryant shall have judgment in his favor in the amount of $7,640.00 ($4,000.00 in statutory damages and an award of $3,640.00 in costs and attorneys' fees) against Defendants Fernando H. Gutierrez, d/b/a Luna's Bakery and Juan G. Corona.

In addition, Defendants Fernando H. Gutierrez, d/b/a Luna's Bakery and Juan G. Corona are ordered to provide an

accessible parking space at the property located at 3910 Florence Avenue, Bell, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

The Clerk is ordered to enter this Judgment.

Dated: August 17, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2